

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 380TH JUDICIAL DISTRICT COURT OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 14th day of January, 2015, the cause on appeal to revise or reverse the judgment between

JEANNIE MCKELVY, Appellant

No. 05-13-00990-CV        V.

COLUMBIA MEDICAL CENTER OF
MCKINNEY SUBSIDIARY, L.P., D/B/A
MCKINNEY MEDICAL CENTER,
Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-04187-2011.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Lang participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the trial court's order signed November 14, 2013, granting the motion to dismiss filed by appellee Columbia Medical Center of McKinney Subsidiary, L.P., d/b/a/ McKinney Medical Center is **REVERSED** and this cause is **REMANDED** to the trial court for further proceedings consistent with this opinion.

It is **ORDERED** that appellant Jeannie McKelvy recover her costs of this appeal from appellee Columbia Medical Center of McKinney Subsidiary, L.P., d/b/a/ McKinney Medical Center.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 27th day of March, 2015.

_____
LISA MATZ, Clerk



# BILL OF COSTS

## TEXAS COURT OF APPEALS, FIFTH DISTRICT, AT DALLAS

No. 05-13-00990-CV

JEANNIE MCKELVY

V.

COLUMBIA MEDICAL CENTER OF MCKINNEY, ET AL

(Trial Court No. 380-04187-2011 in the 380th Judicial District Court of Collin County)

**The costs incurred on appeal to the Fifth Court of Appeals Dallas, Texas are below: $338.00**

| Fee Date | Type of Fee | Charges | Paid | Paid By |
|----------|-------------|---------|------|---------|
| 03/26/2014 | Motion fee | $10.00 | E-PAID | PATTI ARTAVIA |
| 02/25/2014 | Motion fee | $10.00 | E-PAID | JACKIE GROVES |
| 01/10/2014 | Motion fee | $10.00 | E-PAID | BARBARA WILCOX |
| 12/17/2013 | Motion fee | $10.00 | E-PAID | TEXAS CONCIERGE |
| 10/25/2013 | Required Texas.gov efiling fee | $5.00 | E-PAID | BRENDA GALLEGOS |
| 09/20/2013 | Required Texas.gov efiling fee | $5.00 | E-PAID | BRENDA GALLEGOS |
| 08/29/2013 | Clerk's record | $108.00 | PAID | APPELLANT ATTORNEY |
| 07/25/2013 | Required Texas.gov efiling fee | $5.00 | E-PAID | CHRISTIN PRADO |
| 07/25/2013 | Filing | $175.00 | E-PAID | CHRISTIN PRADO |

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **LISA MATZ, CLERK** OF THE FIFTH COURT OF APPEALS OF THE STATE OF TEXAS AT DALLAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fifth District of Texas, this March 27, 2015.

**/s/ LISA MATZ, Clerk of the Court**